KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140
Facsimile: (619) 557-5004
Email: thomas.stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv0283-LAB (CAB) |
| Plaintiff, | NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |
| v. | |
| 0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ROSE HALPER; AND ALL OTHER INTERESTED PARTIES, | |
| Defendants. | |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on February 15, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, a 180-day right of entry, commencing on the date possession is granted, in the amount of One Hundred Dollars ($100.00) with the Clerk of the Court.

DATED: February 15, 2008

KAREN P. HEWITT
United States Attorney

/s/
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff
Thomas.Stahl@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>0.70 ACRES OF LAND, MORE OR LESS, SITUATED IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ROSE HALPER; AND ALL OTHER INTERESTED PARTIES,<br><br>  Defendants. | Case No. 08cv0283-LAB (CAB)<br><br>CERTIFICATE OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 02/15/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Rose Halper
6533 Cleomoore Avenue
West Hills, CA 91307

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008.

/s/ Lori Aragon MacDonald
Lori Aragon MacDonald
