| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | TOM STAHL<br>Assistant U.S. Attorney |
| 3 | Chief, Civil Division<br>California State Bar No. 078291 |
| 4 | Office of the U.S. Attorney<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone: (619) 557-7140 |
| 6 | Facsimile: (619) 557-5004<br>Email: thomas.stahl@usdoj.gov |
| 7 | |
| 8 | Attorneys for the Plaintiff |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 08cv0283-IEG (AJB) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE BY MAIL |
| v. | ) ) | |
| 0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ROSE HALPER; AND ALL OTHER INTERESTED PARTIES, | ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

ORDER FOR DELIVERY OF POSSESSION (issued 02/26/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

1 | Rose Halper
2 | 6533 Cleomoore Avenue
  | West Hills, CA 91307

3 the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald